# MINUTE ORDER

Page 6

## Magistrate Judge Edwin G. Torres

**King Building Courtroom 10-5**  Date: 10/14/25  Time: 1:30 p.m.

Defendant: Kevin Tyler Martin   J#: 16730-512   Case #: 25-CR-20443-MOORE

AUSA: Tom Haggerty   Attorney: Tor Ekeland-(Pro Hac Vice)

Violation: Conspiracy to Interfere With Commerce by Extortion. Interference With Commerce by Extortion. Intentional Damage to a Projected Computer.

Surr/Arrest Date: 10/14/25   YOB: 1989

Proceeding: Initial Appearance   CJA Appt:

Bond/PTD Held: ◯ Yes  ◯ No   Recommended Bond:

Bond Set at: STIP-$400K PSB with Co-signer   Co-signed by: Ballenger

- [x] Surrender and/or do not obtain passports/travel docs
- [x] Report to PTS as **directed**/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services
  Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [x] No contact with **Computer and data of others**
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [x] Travel extended to: N/E of Texas and S/D of Florida
- [x] Other: Defendant to reside at address stated on record.

Language: English

Disposition:
Defendant advised of right and chargers.
Parties STIP to $400K PSB with co-signer Collette Ballenger (Mother).
Bond is due within 48 Hours.
Defendant released.
Brady Order Given.

**Time from today to 10/25 excluded from Speedy Trial Clock**

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:
**Report RE Counsel:** 10/24/25   10:00   Duty   Miami
PTD/Bond Hearing:
Prelim/**Arraign** or Removal: 10/24/25   10:00   Duty   Miami
Status Conference RE:
D.A.R. 13:57:17   Time in Court: 7 Mins

s/Edwin G. Torres   Magistrate Judge