UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. __25-CR-20443-MOORE__

UNITED STATES OF AMERICA,
    Plaintiff,

v.

**NOTICE OF PERMANENT
APPEARANCE AS COUNSEL
OF RECORD**

__KEVIN MARTIN__ Defendant.
_____/

    COMES NOW __TOR EKELAND__, and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is/are presently charged in the United States District Court in and for the Southern District of Florida.

    Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 16 and the Special Rules Governing the Admission and Practice of Attorneys.

    Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

    **FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: __10/14/25__

Attorney: __TOR EKELAND__
Address: __30 WALL Street 8th Floor__
City __NY__ State __NY__ Zip Code __10005__
Telephone __(718) 737-7264__
~~Florida~~ NY Bar Number: __4493631__

    The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

Signed by: [signature]
AC0C43ED54064CA...
10/15/2025