UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20443-KMM
18 U.S.C. § 1951
18 U.S.C. § 981(a)(1)(C)

UNITED STATES OF AMERICA

v.

RYAN CLIFFORD GOLDBERG and
KEVIN TYLER MARTIN,

        Defendants.

### NOTICE OF APPEARANCE

The United States of America, through the undersigned attorney of the Department of Justice, Criminal Division, Computer Crime and Intellectual Property Section, respectfully submits this Notice of Appearance requesting that trial attorney Jorge Gonzalez be informed of all future filings in the above-captioned case.

Respectfully submitted,

By: *[signature]*

JORGE GONZALEZ
Trial Attorney
Criminal Division, Computer Crime and
Intellectual Property Section
1301 New York Avenue NW
Washington, DC 20530
(202) 616-2272
Jorge.Gonzalez3@usdoj.gov

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on October 22, 2025, I electronically filed the foregoing document using CM/ECF with the Clerk of the Court, which will serve a Notice of Electronic Filing on all counsel of record.

                                                   By: _/s/_  
                                                        JORGE GONZALEZ  
                                                        Trial Attorney  
                                                        Criminal Division, Computer Crime and  
                                                        Intellectual Property Section