**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-20443-CR-MOORE/D'ANGELO**

**UNITED STATES OF AMERICA**

**vs.**

**KEVIN TYLER MARTIN,**

     **Defendant.**

_____/

**ORDER GRANTING DEFENDANT'S**
**MOTION TO MODIFY CONDITIONS OF RELEASE**

**THIS CAUSE** comes before the Court upon Defendant Kevin Tyler Martin's Unopposed Motion to Modify Conditions of Release under Title 18, United States Code, Section 3142(c)(3) filed on October 21, 2025 (DE 37). Having reviewed the Motion, the record, and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** that the Motion (DE 37) is **GRANTED**. Defendant Martin's conditions of release are modified as follows:

1. Defendant Martin is authorized to travel within both the Eastern and Northern Districts of Texas, in addition to the Southern District of Florida.

2. The condition restricting Defendant Martin from contact with "computer and data of others" is modified to permit the reasonable and lawful use of computers, smartphones, and internet-enabled devices for employment activities (including Uber and online sales); communication with legal counsel, family, and clients; and the ability to access information and services required for daily life.

3.  A condition is added prohibiting Defendant Martin from working in the cybersecurity industry and prohibiting Defendant Martin from possessing login credentials for any individual other than himself and his partner.

All other conditions of release previously imposed remain in full force and effect.

**DONE and ORDERED** in Chambers in Miami, Florida, this 23rd day of October, 2025.

_____
ELLEN F. D'ANGELO
UNITED STATES MAGISTRATE JUDGE

cc:      All Counsel of Record