# Exhibit A

The Honorable K. Michael Moore
United States District Court
Southern District of Florida
Miami, Florida 33128

December 12, 2025

Re: Character Reference for Kevin Tyler Martin

Dear Judge Moore,

Thank you for taking the time to read this letter. My name is Angela Lesley, and I am the aunt of Kevin Tyler Martin, who is currently before you in this matter. I write with full awareness of the seriousness of the charges and with deep respect for the Court. My intention is simply to share insight into the person I have known and loved for 36 years. I appreciate you taking the time to hear my heart and to understand the individual behind the case.

I have always shared a special bond with Kevin. When he was a toddler, he, his mother, and I lived together, and I had the privilege of watching his earliest steps, hearing his first words, and witnessing the gentle, caring nature that has remained a core part of who he is. As he grew older, he continued to turn to me, not only for day-to-day advice, but during the most difficult moments of his teenage years. Whenever he made mistakes, he never ran from accountability. He came to me, often emotional, seeking guidance on how to make things right. That remorse, that willingness to reflect and grow, has always been a defining part of his character.

As an adult, Kevin proudly served our country for six years in the United States Marine Corps. His service shaped him into a disciplined and dedicated man, but it did not change his core values. He remained compassionate, loyal, and deeply devoted to his family. Today, he is the father of five children who adore him and depend on him. His involvement in their lives is irreplaceable. They are at such an impressionable stage, and they need their father present to guide them, support them, and help shape their futures. Kevin embraces his role as a father wholeheartedly, teaching his children how to navigate challenges and reminding them daily of the importance of responsibility. From this painful experience, he hopes to someday teach them how a single moment, a single poor decision, can change the course of a life. For that reason and many others, it is vital for him to remain an active part of their upbringing.

As I mentioned earlier, Kevin has always sought my guidance in moments of struggle, and he has done so again. He has shared openly with me about the gravity of his actions, describing this as the biggest mistake of his life. And once again, I am here for him, providing support, love, forgiveness, and grace. I continue to reassure him that he is loved unconditionally and that despite this chapter, he can still rebuild and return to being the man we all know him to be.

Your Honor, I want to be honest: it has been difficult for me and for all of us who love Kevin to understand the choices that brought him here. This behavior is not the Kevin we know. He has expressed to me repeatedly how deeply he regrets what happened and how desperately he wishes he could undo it. He has spent countless hours replaying his actions, questioning his judgment, and wishing he had chosen differently. His remorse is genuine, and it weighs on him every single day.

Now, he stands before you not as a man without faults, but as a man who deeply wishes to show you the goodness that still lives within him. Life's pressures overwhelmed him, and in a moment clouded by fear and poor judgment, he made the worst mistake of his life. He has poured out his heart to the Lord seeking forgiveness, and I believe he has received that grace. Today, he respectfully asks for the Court's mercy as well. He accepted responsibility without hesitation because he longs to make amends and rebuild the trust he has broken.

For these reasons, I respectfully ask that you consider allowing Kevin to serve a non-custodial sentence. Allowing him to remain in his children's lives, to continue working, supporting his family, and focusing on his personal growth would not only benefit him but also the five young children who urgently need their father present.

Thank you, Your Honor, for your time, compassion, and thoughtful consideration.

Respectfully,

Angela Lesley

November 12, 2025

Re: United States v. Kevin Martin

Dear Your Honor,

My name is Cayden Brennan, and I am a Cybersecurity Analyst at Locked Core Tech, LLC. I am writing on behalf of Mr. Kevin Martin, whom I have known since early 2021. During this time, we have worked together on high-security projects where trust, professionalism, and reliability are absolutely essential.

From the beginning of our working relationship, Kevin has consistently demonstrated exceptional professionalism. He has always been on time, prepared, and attentive to detail. In high-pressure environments, he remained calm, respectful, and cooperative with everyone involved. His behavior in these settings has always been warm, helpful, knowledgeable, and kind, which is not something you can say about everyone in our field.

What has stood out to me most about Kevin is what he has done for me outside of our formal work responsibilities. He has repeatedly taken time out of his personal life, often outside normal working hours to help me further my education, assist with work projects, support my hobby projects, and listen when I was going through difficult periods when feeling unsafe or overwhelmed. He never asked for anything in return. He simply showed up, offered guidance, and made sure I had what I needed to move forward in a healthier and more stable direction.

The conduct described in the charges he is currently facing is completely inconsistent with everything I have personally seen from Kevin over the years I have known him. In my experience, he is someone who looks out for others, takes his responsibilities seriously, and genuinely cares about the people around him. He has been a positive influence in my life and has meaningfully changed it for the better.

I understand that the Court must take these matters seriously. My purpose in writing is not to address the legal issues in this case, but to share my direct experience of Kevin's character. Based on that experience, I truly believe he has a great deal to contribute to society and to the people around him.

For these reasons, I respectfully ask the Court to show leniency in his sentencing and to consider giving Mr. Martin another chance to continue his life as a productive, supportive member of his community. I have every confidence that he will use that opportunity well.

Thank you for your time and consideration.

Respectfully,

Cayden Brennan

Cybersecurity Analyst, Locked Core Tech, LLC.

█████████████████████

Riverton, UT 84096

██████████████████
████████████

Dear Honorable Judge Moore,

Thank you for your time in getting a deeper understanding about Kevin. This whole experience has been so surreal and procedural, but on the other side of things there is a very real family that has been dealing with a deep and heavily emotional journey.

My name is Cindi, and Kevin is my partner of nearly 5 years. More importantly he's a father to 5 children in our beautiful blended family, my best friend, and a pillar of support in our family.

I've known Kevin since we were 14 years old. From the very beginning he's always been a safe place and a person I could count on to have my back. Our relationship started from one of trust and companionship, but nothing can hold a candle to what we've grown into.

As a partner and a parent he's shown my 2 children and I the kind of love and loyalty I've prayed for. The exact same affection and conviction I've seen him pour into his 3 boys, and everyone privileged to be a part of his close circle. In 2021 my children lost the man that raised them since they were toddlers. I thought our family would never feel whole again but Kevin carried us out of the darkness and has shown us just how joyful and full life can be.

He's the dad that's been cheering on our children from the sidelines of their games, the one in the chair at the awards ceremonies. Kevin is the kind of partner that makes sure you always have a full glass of water on the nightstand before bed, or volunteers a foot rub after a long hard day. Or that sleeps in a crazy uncomfortable hospital chair night after night so he can stay by your side. The friend that always answers the call to lend a hand, even the jobs people hate- like helping wallpaper a ceiling or help his friends move houses (twice in one year!)- and ready to show his love with a big plate of a home cooked meal.

I know Kevin at the deepest of levels and I know his character. These mistakes he's made were wrong, and I've witnessed first hand how deeply he's struggled with guilt and remorse since. Those decisions were so far removed from the man he strives to be and how he normally navigates life, and it has been very hard to see a man usually so full of laughter and happiness start to lose his light because he's battling with his self worth.

I understand there are consequences for his actions, but I'm respectfully asking for grace with Kevin's sentencing. For our 5 beautiful children- ████████████████████████████████████ - who need a present father during these formative years. And for myself, a mother that's been living everyday with the weight that her family she always dreamed of is going to be torn apart. Everyday he's away from home it will be felt so deeply by many. My wish and prayer is that you will grant a non custodial sentence.

I ask you to see beyond the worst mistake he's ever made, and see how much he truly has to give and to grow from this. He's taken the approach of accountability and transparency, even knowing this could mean a very real and terrifying punishment of prison time. Kevin yearns for the chance to build his life back to a place he can be proud of. This crime does not define him… but it's apparent all the ways it's changed him. It humbled him, it's given him a deeper appreciation for family, and for freedom. I can say with full confidence that he will make the most of his life going forward.

Sincerely,

Cindi McClellan

████████████████

██████████████████████

Dal Robert Whelpley

██████████████

JB Andrews, MD 20762

██████████████

6 Dec 2025

The Honorable Kevin Michael Moore
United States District Court
Southern District of Florida

Your Honor,

My name is Dal Robert Whelpley, and I am writing on behalf of Kevin Martin, whom I have known since 2019. We were introduced through a mutual friend, and we connected quickly and naturally. Over the past several years, I have come to know Kevin as someone with a steady, respectful, and genuine character.

In the time I have known him, Kevin has consistently shown himself to be thoughtful, patient, and supportive of the people around him. He carries himself with a calm and considerate demeanor, and he has always struck me as someone who values honesty, loyalty, and maintaining positive relationships. Even in ordinary day-to-day interactions, he presents himself as a grounded and reliable person.

I am aware of the charges Mr Martin is facing. I understand the seriousness of the situation, and I do not take it lightly. What I can speak to is Kevin's character outside of this case and how he has approached these events with sincerity and remorse. In my conversations with him since the investigation began, it has been clear that he fully understands the consequences of his actions and the impact they have had. He has expressed genuine regret and has used this time to reflect deeply on the path that led him here and the changes he needs to make moving forward.

Based on the person I have known for the last several years, I believe Kevin has significant potential to continue positively contributing to his community and rebuilding his life in a responsible way. He has a strong support network, and those of us who know him well are committed to helping him stay on track and move forward constructively.

For these reasons, I respectfully ask the Court to consider leniency and support a non-custodial sentence. I do not believe that further incarceration would serve a rehabilitative or public safety purpose for someone like Kevin. In my view, he has already demonstrated accountability, and he is capable of continuing his growth outside of custody.

Thank you, Your Honor, for your time and for considering my perspective.

Respectfully,
Dal Robert Whelpley

**Dustin Vest**

███████████████

Azle, TX 76020

███████████████

███████████

**10/28/2025**

**Re: Character Reference for Kevin Martin**

Your Honor,

I am writing this letter on behalf of my friend and former colleague, Kevin Martin, who is currently before the Court on charges of *Interference with Commerce by Extortion* and *Damage to a Protected Computer*. I wish to respectfully ask that you consider leniency and a non-custodial sentence in his case.

I have known Kevin for approximately six years, during which time we worked closely together and developed a genuine friendship rooted in shared values and our past military service. From the beginning, Kevin stood out as a man of integrity, dedication, and quiet professionalism. His discipline and respect for others were apparent both in and outside of the workplace.

Beyond our professional relationship, I've had the privilege of knowing Kevin personally. One instance that stands out is when he attended my daughter's birthday party a few years ago. He didn't just show up out of courtesy, he made an effort to connect with my family, especially with the children, showing patience, kindness, and genuine care. That day reflected the true nature of his character: thoughtful, grounded, and deeply compassionate toward others.

Throughout our friendship, I have known Kevin to be someone guided by strong morals and a sense of responsibility to those around him. The circumstances that have led to his current situation are not, in my view, representative of the man I have come to know. I truly believe his actions do not reflect his true character or values, and that he has learned a great deal from this experience.

Your Honor, I understand the seriousness of the offenses before the Court. However, I respectfully ask that you take into consideration Kevin's good character, his service to others, and his genuine remorse. I firmly believe that a non-custodial sentence would allow him the opportunity to continue contributing positively to society, while still being held accountable in a constructive way.

Thank you for your time and consideration of my words. I have the utmost respect for the Court's responsibilities and trust that your judgment will be fair and balanced. Please do not hesitate to contact me if I can provide any further information.

Respectfully,

*[signature]*

**Dustin Vest**

# CHISHOLMTRAIL
## C  H  U  R  C  H

███████████████████ | Rhome, TX 76078 | ███████████

December 12, 2025

Honorable Judge Kevin Michael Moore,

Southern District of Florida.

Your Honor, I am writing you on behalf of a young man I have known for over 20 years. His name is Kevin Tyler Martin. I have witnessed a young teenager, whom I knew to be very honest and sincere in his relationships with others and also with himself, grow into a fine young man who always sought the best in others and in any situation that came his way. I have had the privilege not only of calling him a friend but also of calling him my son-in-law while he was married to my daughter. I was proud to see him accepted into the Marines and even prouder as he wore the uniform of a military man at my daughter's wedding. It made me and others proud to see a devoted young man, one who wanted to serve our country and defend our rights as a free nation, be involved in a governmental organization. I never knew him to be anything but upright in all his dealings with others, and never knew him to be one who would jeopardize his own family's future or anyone else's by doing something against the law of the United States of America. So I was shocked when I heard about the charges against him. I have recently met with him and, as a Pastor, can tell you that I have witnessed him in remorse for his actions and have seen his heart transformed back to what it once was, full of love for others and a desire to do what is right before God and men. The Bible tells us we have all made mistakes and fallen short of where God desires us to be. But when we have fallen short, we see in scripture the mercy and grace God bestows as we repent of our sins and wrongdoings toward others and anyone we may have harmed. So, just as we have been forgiven when we repent, I believe that same heart change has happened to Kevin. I respectfully ask you, Your Honor, to consider granting Kevin mercy and grace as he comes before you. I hope and pray that He may receive this through a probated non-custodial sentencing, as I am certain he will abide by all the governing bodies and laws of the United States of America. If he receives this non-custodial sentence, it will give me and our church the opportunity to restore him to where he belongs. It is my goal, as a pastor and as a church here at Chisholm Trail Church, to restore him spiritually so he can walk physically secure in this life and serve others rather than himself.

In His Love,

*James Mason*

James Mason

Pastor

Kevin Pannell

████████████████

Burleson, Texas 76028

December 13, 2025

RE: Kevin Martin

To the Honorable Judge Kevin Moore,

My name is Kevin Pannell and I am writing in regards to the upcoming proceedings for Kevin Martin. I have known Mr. Martin for approximately 7 years when we met at a professional event in which Mr. Martin was vending. Even though I first met Mr. Martin through work I have come to know him on a personal level. I am aware of the charges brought against Mr. Martin, and as a result, I am aware of the seriousness of these charges. When Mr. Martin informed of the charges against him. I was quite surprised when presented with information as this is not indicative of his character whatsoever.

In the time that I have known Mr. Martin he has never been anyone you might think would commit a crime. Mr. Martin has always been willing to assist anyone at moment's notice. Throughout the years Mr. Martin has helped me create a website for one of my businesses, helped my young son get established with his burgeoning business, helped me move homes, and catered meals for my family and coworkers to just name a few instances. During this time, Kevin has become a close friend to myself and my family.

I have had the opportunity to discuss this matter with Mr. Martin and he has expressed deep remorse regarding his activities in which he has been charged. Personally, this letter is to highlight Kevin as the person that my family and I know him to be. The charges brought against him are completely uncharacteristic of the person that we know, and I believe that Kevin is deeply regretful of these actions.

Sincerely,

Kevin Pannell DNP, MBA, CRNA
Owner/CEO Peak Anesthesia Partners

Marcus DeViney
Mansfield, TX, 76063

███████████████
████████

10/08/2025

Your Honor,

My name is Marcus DeViney and I wanted to share a few thoughts about my friend and former coworker Kevin Martin as you consider his sentencing. I have known Kevin since 2020 and in that time I have come to see him as someone who truly cares about others, personal or professionally. He is the kind of person who helps others even when there is nothing in it for him.

When I first started working as a system administrator I was honestly overwhelmed and unsure of myself. I still am to this day. However, Kevin was one of the first people who took the time to help me in my role. He did not just fix problems for me but made sure I understood what was going on and how to fix them myself going forward. He explained things clearly and never made me feel bad for asking questions. That meant a lot to me back then and still resonates with me today. I try to bring the same help to others in my position as he once showed me.

There was one other time that really stayed with me over the years that is more personal. I was going through a rough patch in my marriage and was looking at a possible divorce situation. I had not told many people about it at the time but Kevin noticed something was wrong and asked if I was okay. He listened without judging and shared a little about his own experiences with divorce. It helped more than he probably knows but that is just who Kevin is. He notices when people are struggling and shows up for them.

I know Kevin made a serious mistake. He is not trying to deny it or make excuses. When we have talked since then he has been open and honest about what happened. I can see how much it weighs on him. He has been deeply remorseful and ashamed and he knows the trust that was broken. But I also know his heart and I believe he is capable of rebuilding from this.

More than anything I believe Kevin worries about his children the most. He wants to be there for them and stay a part of their lives as they grow. He wants to show them that he can be better. He has a good group of people around him who care about him and I believe he can move forward in the right way because of this.

I'm asking that you consider Kevin's character and the genuine remorse he's shown. I believe he has the capacity to learn from this experience and grow because of it. I respectfully ask the Court to show leniency in sentencing.

Thank you for taking the time to read this.

Sincerely,

Marcus DeViney

The Honorable Judge,

My name is Sarah Mason. I am Kevin's ex-wife and the mother of his oldest son, ████████ who is 17 years old. I am writing to you to ask for grace and to request a minimization of the sentence given out to Kevin Martin.

I have known Kevin since I was 13 years old. He is one of my oldest friends and the father of my child. We have been very close for our entire lives. Throughout the 22 years of knowing Kevin, I can confidently say he is one of the good ones. I am shocked by the news I have heard and I believe it is out of character for who he really is. I have had lengthy conversations with Kevin about how bad he feels and remorseful he is for participating in all of this mess.

We had our son, ██████ at the young age of 17 years old. Kevin stepped up to the plate and immediately took on the role of being a dad. In July of 2008 we welcomed our precious son into this world surrounded by support and love from both of our families. We decided to get married as we felt that was the right next step, over time, age and immaturity from both parties ultimately led to our divorce but we stayed close and Kevin never stopped being a great father to ██████.

Kevin attended Texas Tech University to further his education to be able to make a future for himself and our son. During this time while most students stayed on the weekends to experience "college life" Kevin would drive home every weekend to see our son and stay as involved as possible.

We've had our ups and downs, but I think it's a testament of who Kevin is that now 22 years later we are still great friends and wonderful co-parents. We do everything together as a family even though we are not together, we still spend our son's birthdays, sporting events, school activities and anything else we can do to spend time together with our son. We love and respect each other's spouses, and children, and both stay involved with one another's extended families.

Kevin is the person that if you call on him he will be there and give you all he can. His heart is kind and his soul is good. I was shocked and in disbelief to hear what Kevin had gotten wrapped up in, it felt so out of character and off base to who he is.

I'm heartbroken for our families and all the people this has affected. Kevin has three boys and two bonus children with his current partner Cindy.

Your honor, our kids need their father, they need his presence, guidance, and love. Our son is currently in his Senior year of high school and thriving after overcoming some challenges these past two years. Our families have worked extremely hard together to see ██████ in this moment. I fear Kevin being sentenced with a harsh punishment away from his kids would be a huge set back for our son who has such a bright future ahead. We are supposed to watch ██████ walk the stage together in May, and then move him off to college. We have plans to visit on parent's weekends and guide him with future decisions and relationships.

This is just one of Kevin's kid's moments. So much more will be missed and that absence would be felt by all his children. Him missing these things and so much more would be detrimental to our families.

I pray and ask that you consider the five children who will be losing a loving father to time in a prison cell. I am hopeful there is some grace and leniency in the punishment for Kevin's actions.

Thank you in advance, your honor.

Sincerely,


Sarah Mason

Granbury, TX 76049

The Honorable Judge K. Michael Moore

United States District Court Southern District of Florida

Miami, Florida 33128

November 5, 2025

Re: Letter of Recommendation

My name is Tatum Breanne Sooter, and I am writing to you as the younger sister of Kevin Martin though to me, he has always just been Tyler, or more often, Bub, because that's what I've called him my whole life. I want to begin by saying I respect this Court and the responsibility that rests on your shoulders. I know there are rules, facts, and formalities that must be followed. But I also know that behind every case file is a family holding its breath, hoping for grace.

Tyler has been my older brother in every sense of the word. He was the first person I ever trusted outside of our mother. Growing up, he carried a presence that made me feel safe, like no matter what was happening, if he was there, I wasn't alone. That feeling has stayed with me my entire life. It is hard to put into words what that kind of bond means until you've lived it.

Tyler has always been the steady one in our family, the one who shows up when someone calls, even if he doesn't have the right words, he brings his presence, and sometimes that is all that's needed. Before becoming a father, Tyler served our country as a United States Marine. That sense of duty and resilience has always stayed with him, shaping the kind of man, son, and father he is today. He is a father to five children, and I see how their eyes light up when he walks into a room. They don't need perfection from him they just need him. And I know in my heart that his story is not finished, that he still has a chance to become even better for them and for himself.

Right now, more than ever, Tyler is needed at home. His oldest son is a senior in high school preparing to graduate, tour colleges, and take those big first steps into adulthood. These are once-in-a-lifetime moments that no father should miss, and that every child deserves to share with his dad. Tyler's presence during this season of his son's life will shape the kind of man his son becomes. His guidance, his pride, and his example matter deeply, not just to his oldest, but to all his children who look to him as their anchor.

Our mother's health has also declined in recent years. She has always been the heart of our family, but she's not as strong as she once was. Having Tyler near brings her a peace and strength that nothing else can. Losing that presence would weigh heavily on her and on all of us.

We are not asking for anything to be erased or overlooked. We understand accountability. But we also believe in redemption and in the kind of change that comes from being surrounded by the people who love you and need you. Tyler has that support system here. He has family ready to walk beside him, to hold him accountable, and to help him rebuild his life.

Thank you, Your Honor, for taking the time to read my words and allowing me to share a glimpse of my brother through my eyes. To me, he will always be my big brother, the person who made me feel safe in a world that often wasn't, and the person I still believe in with all my heart.

Sincerely,

*tatumB. Sooter*

Tatum Breanne Sooter

Ponder, Texas 76259