# Exhibit B

___ of ___

**THE STATE OF TEXAS** )(
**COUNTY OF TARRANT** )(

SERVICE#_____

My name is Kevin Martin_____. I am 36 years of age. My date of birth is 8/11/1989_____. I live at 34 Crestwood dr Trophy Club tx _____. My phone number is 817 703 4642_____.

I have completed 13+ years of schooling. I can read, write and understand the English language.

Start Time: 0322

I Saw the Jeep hit the White semi and start rolling at that time I called 911. I Proceded to exit my vehicle w/ 911 on Phone + check on semi driver, I saw the ~~Black~~ Black male wearing black Hoodie + Jeans exit his vehicle (Kia car) with a backpack. I told him to sit down + just chill until he can get checked out. He said something to the affet Hell no im not waiting around here. ~~Proceed of body laying~~ ~~of the left side of the road against a steel pole~~. The Driver of the Kia did smell Like weed, I am unsure of ~~the~~ akohol, I saw a body Laying on the Left shoulder of the road against the steel Pole that runs along the cables. ~~@~~ 911 told me to Check if ~~he~~ he is breathing which I Replied he wasn't, They told me to Roll him off the Pole onto his back, They then Proceded to walk me through CPR. I gave breath + chest compresions until Fire + EMS arrived. The driver of the Semi + I stood off ~~to the~~ to the side of the Shoulder, Fire + EMS asked us both if we were good + if we were involved in wrek, They also asked us to tell them what happened. While standing off to the side Sgt. Jenkins came over + checked in w/us + found a bag of weed that came from the black Kia + he put back in the Kia.

Making a false statement to a Peace Officer is a violation of the Texas Penal Code and is punishable by imprisonment, fine and/or both. Knowing this I make the above statement freely and willingly, and state that it is true and correct to the best of my knowledge.

End Time: 0336     Date: 03/31/26
Signed: _____     Witnessed By:_____

*[margin notes: about 0217 / There was visible weed out of the Trunk]*