## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-CR-20443-MOORE

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

RYAN CLIFFORD GOLDBERG,

      Defendant.

_____/

### **NOTICE OF LETTERS IN AID OF SENTENCING**

      Ryan Goldberg, through undersigned counsel, files the attached Letters in Aid

of Sentencing in advance of his sentencing, scheduled for April 30, 2026.

                          Respectfully Submitted,

                          HECTOR A. DOPICO
                          FEDERAL PUBLIC DEFENDER

By:    */s/ MaeAnn Dunker*
              MaeAnn Dunker
              Assistant Federal Public Defender
              Special A#: A5502960
              150 W. Flagler Street, Suite 1700
              Miami, Florida 33130-1556
              Tel: (305) 530-7000
              Email: MaeAnn_Dunker@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on **April 27, 2026,** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:  *s/ MaeAnn Dunker*
MaeAnn Dunker

Jochebed Cervantes-Goldberg



April 10, 2026

Hon. Judge K. Michael Moore
400 N. Miami Ave
Courtroom 13-1
Miami, FL 33128

Dear Judge Moore,

I am writing to you in regards to my husband, Ryan Goldberg. I am aware of the charges against him and that he has plead guilty. Now, without making excuses for him or minimizing what he has done, I am writing asking for mercy and leniency.

I met Ryan in August 2018, while working as a high school Spanish teacher in the Atlanta Public School system. I had recently moved to Atlanta after escaping a physically and emotionally abusive first marriage. Ryan was everything the previous men (including my father) in my life had not been. He was a gentleman, he never raised his voice, he was kind, and he was giving. When I would share with him stories of my students not having proper groceries in their home or coats for winter, he would give me funds from his own pockets to supplement my students, even accompanying me to the grocery store to buy pantry staples for my classroom so I could share with my students. Ryan became a mentor to my students, encouraging them to join the military after high school as he had done in order to see the world, grow, and get a free college education. He went to their plays, games, graduations, and life events showing support.

After a wonderful courtship, we were married on June 10, despite his father's disapproval due to my race and ethnicity. He helped me get medical care when I was diagnosed with diabetes and c-ptsd. He paid for my therapy and stood by my side when my anxiety attacks were ruining my life and causing me to miss work. He comforted me and was my champion when we suffered losses due to our fertility and miscarriages. He never judged me or belittled me like previous people in my life had done. Instead, he offered me unconditional love, like the kind you read about in the Bible with an open heart. Whenever someone has needed help, Ryan has always been there with a happy heart, ready to do whatever he can. He even helped me take care of my mother when she was going through a difficult medical time.

I became aware of Ryan's crime when the FBI raided our home in June 2025. A few days later, we had a second miscarriage and made the decision to commit suicide together after seeing places in the world I had only dreamed of. As you know, Ryan was arrested on our way to Mexico where we planned on completing our plan on Dia de Los Muertos and we have been apart since then. Ryan being gone has been the hardest thing I have ever had to face in my life.

We have lost friends, our home, our income, our security, and our peace. I am once again, alone.

I humbly beseech you to please have mercy on my husband and please not to lock him away for years of his adult life. I need Ryan. Ryan is loved and supported by his extended family and my mom. We will all do what we can and must to help Ryan to be successful and to help him live as a productive and good standing member of our society. Since he has been incarcerated he has helped his fellow inmates by writing letters for them because they cannot see or use the computer, encouraged veterans to get help from the VA upon release, shared his food and commissary with those who do not have enough, and formed an exercise group to help one another stay in better mental and physical health. Keeping him behind bars for years would be a mistake, sir. I know he has learned his lesson and tremendously regrets his actions. He is not one to repeat mistakes and I have complete faith that he will walk in better footsteps. Please believe me that despite what he has done, he has a good heart and is a good man who is loved and desperately missed.

I thank you for reading my letter and considering what I had to say.

Sincerely,

Jochebed Cervantes-Goldberg

Hon. Judge K. Michael Moore
400 N. Miami Avenue
Courtroom 13-1
Miami, FL 33128

Re: Ryan Clifford Goldberg

Dear Judge Moore,

Your Honor, my name is Brigitte Mindock. I am Ryan's mother and he is my only child. I am an immigrant from Germany,I came to this country in 1984 with my American husband and my son was born in 1985 in El Paso, Texas. Ryan grew up knowing two cultures as well as two languages.  We moved a lot with the US Army and lived in Germany as well as CONUS and Puerto Rico. Ryan adjusted quickly to the new surroundings and always made friends fast with the children of the neighborhood. He never got into any fights , rather the opposite , he was the one helping out and making sure everyone was ok. He always shared everything that he had , whether it was his toys or the sweets I would bring back from my travels from Germany. I started working for the airlines in 1997.
Unfortunately in 2001 Ryan's father and I split and due to the nature of my job I agreed to Mike Goldberg being his number one caregiver since my job would take me away from home for three days at a time . Ryan and his dad moved to Des Moines and I moved to the East Coast. I tried to see Ryan as often I could by flying to Des Moines and visiting with him. We maintained a good mother and son relationship . Ryan also visited me in PA often. He finished High School in Des Moines and then signed up for the USAF. I think he wanted to get out of Iowa and do something totally different with his life, plus the chance of seeing other parts of the world and being independent triggered a lot of his actions back then.
Ryan was deployed to Iraq and Afghanistan where he saw things that no civilian would ever want to see. He lost many of his friends and I remember him wearing two combat bracelets with the names of his fallen friends on as a dedication to their lives and honor and sacrifice. Ryan is a man who will never leave anyone behind . He will make sure they are safe and taken care of.
He used to own a Shepard dog as a child who he deeply loved. Today he owns two dogs who will follow him around wherever he goes. He will do anything to ensure their well being and safety.
Ryan is the kind of man who will take care of his family and those in need. He will give you his food before he eats himself.
My own father was a good and God fearing  man and would give anything to a person in need .Ryan  has my father's heart and demeanor.
Unfortunately he made a big mistake and I know that he is regretting it from the bottom of his heart. He told me that he will fess up to everything and be cooperative and do what is necessary to make things good again.

Ryan's life was not as easy as your average child's , he moved so many times in his lifetime,  always adapting to the new although it was not easy very often. His time in the service and also as a contractor impacted him quite a bit. PTSD was and still is his unfortunate companion at times.

I am thankful for my son meeting his wife a few years ago. He is happily married and he is the kind of man who pays attention to his partner in life by treating her fairly and making sure she has everything she needs, especially emotionally. Ryan is loved and respected by the people who are in his life . That makes me very proud to be his mother.

He will stand up for what he did  and will do everything possible to make things good again. And I know he will make sure that he hill teach others not to make the same mistakes . Ryan has integrity and a good heart and he is God fearing. He has learned his lesson and he will make the world a better place .


Signed: Brigitte Mindock. Mother of Ryan Goldberg

Hon. Judge K. Michael Moore
400 N. Miami Ave
Courtroom 13-1
Miami, FL 33128

My name is Steven Smith.  I first met Ryan Goldberg during our time serving in Afghanistan from 2012 to 2013.  He as a civilian contractor and I as a member of a small Navy detachment supporting the Army.  I respectfully submit this letter in support of him as his sentencing is considered.

During our time working together, I witnessed a man determined to complete any mission regardless of danger or difficulty.  He routinely put himself in harm's way instead of allowing others to go in his place.  Through this he earned my trust, respect, and friendship.

Since then we have bonded further over the mental and physical challenges resulting from our time in service.  I have no doubt it had some impact on this lapse in judgement.  I also have no doubt he has the resilience of character to overcome and learn from this situation while positively contributing to his community.

I respectfully ask the court to consider this when determining an appropriate sentence.

Respectfully,

Chief Petty Officer Steven A. Smith, United States Navy Reserve, retired

Asheville NC 28803

Maria Cervantes Bravo



April 06, 2026

Hon. Judge K. Michael Moore
400 N. Miami Ave
Courtroom 13-1
Miami, FL 33128

Dear Judge Moore

I am writing to you in regards to Ryan Goldberg. I am aware of the charges against Ryan and don't want to make excuses for what he has done but I am writing you to ask you for leniency and mercy.

Ryan is my son in law, he married my daughter on June 10, 2021. I met Ryan in 2019 when he and my daughter were in the dating phase of their relationship. I do not have a fancy job or background, but I know what it is to work hard, make mistakes and also, seek repentance and change. I know Ryan has pleaded guilty but I wanted to tell you that is much more than the charges he is facing.

Ryan has been there for me and especially for my daughter whenever we have needed him. He was by our side when I had my stroke at work, refusing to leave the hospital or my daughter without support. He has offered me financial support countless times, making sure I had enough to make ends meet and sometimes, paying for my medical bills and medicine out of his own pocket. Ryan has supported my daughter through their journey to have children. He has loved her and comforted her through miscarriages, loss, and sadness.

In 2024, Ryan started going to church with my daughter and was baptized. He volunteered at the church during its remodeling and gave his time on many occasions to whatever project he was needed. He and my daughter hosted bible study dinners and became active members of their church. In our community, he is known as a man of a good heart who would give you the shirt off of his back if you needed it.

Until this awful event, Ryan has been a good citizen. He is a veteran who fought for his country and personally suffered loss and death while overseas.He wouldn't even cross the street without the proper green light. This entire event has turned my daughter's life upside down and his incarceration has been a great loss for our family. My daughter needs him and misses him greatly.

For my daughter's sake and my family's, I am asking for leniency. Please do not lock Ryan away for years, away from my grieving daughter. I firmly believe he has learned his lesson and he is repentant and ready to make a permanent change. Ryan is not one to repeat his mistakes. They have both lost so much with this. I offer Ryan and my daughter, his wife, my full love and support. With God's help, I will continue to help them both in whatever way I can during and after his release. Thank you so much for reading my letter.

Sincerely,

Maria Cervantes Bravo

Hon. Judge K. Michael Moore:

My name is Richard Singer, and I am an attorney practicing law in South Florida for the last 15 years. I am familiar with the charges against and plea accepted by Ryan Goldberg in his case. With that said, I wanted to take this opportunity to share my personal experiences with Ryan to help provide you with a better understanding of his character.

Ryan is my cousin, and he lived with my family for a short time while we were both in high school in Georgia. Although Ryan had several hardships with his family, he never really seemed to complain about any of those issues with us. Instead, he seemed to accept the cards he was dealt and tried to live a normal childhood with school and making friends. He was always supportive in any way he could be for me and my family and seemed very appreciative for everything provided to him.

Ultimately, he ended up going into the military which unfortunately prevented us from catching up as much as we used to. That said, my understanding is that he remained the same genuine, good-natured person during his time in the military like he was while he lived with me at my parent's house. He also maintained many of the friendships he developed while living with us in Georgia during his time in the military and after. Our shared friends always spoke very highly of him and felt they could count on Ryan to be there for them whenever an issue came up.

While I was shocked and sad to learn of this entire situation. In the 25+ years I have known Ryan, I have never heard of him involved in anything remotely resembling what transpired in this case. In fact, I can't think of a single situation where he got into trouble with any authority or frankly anyone in the time I have known him. That's probably why this is so difficult for his friends and family to fully grasp all of this.

With all of that said, I am fully confident Ryan will be able to bounce back and return to the positive, good-natured person I have known throughout our lives. Once he is released, I will be there to provide additional support as will many of his other friends and family just like he has always done in the past.

Although he apparently made some very poor decisions that lead to this situation, he is a smart young man that has so much left to contribute to this world. I am just very hopeful he is given the opportunity to learn from his mistake and still have time to make an impact on this world that I know he will unquestionably do.

Thank you for your time and consideration.



**Richard M. Singer**
Partner

A 7835 NW Beacon Square Blvd., Suite 201, Boca Raton, FL 33487
D 954.932.3502 M 786.858.7315
E rsinger@wshblaw.com W www.wshblaw.com

**Personal Bio · LinkedIn · Facebook · X**

Jerome Jastrab



February 22, 2026

Hon. Judge K. Michael Moore
400 N. Miami Ave
Courtroom 13-1
Miami, FL 33128

Dear Judge Moore

I am writing you in regards to Ryan Goldberg. I am aware of the charges against Ryan, and that he has pleaded guilty. I do not personally condone or want to make excuses for what Ryan has done, and I have encouraged him to own it and seek forgiveness and redemption for his crimes. I am, however, requesting your leniency and mercy as part of his justice.

I am Ryan's uncle, and a retired Army Lieutenant Colonel, as well as a retired GS-15 Army civil servant. I have administered justice under the Uniform Code of Military Justice, so I do not take requesting your leniency in sentencing lightly and without understanding what I am asking.

Ryan has always been loved and supported by his extended family of aunts, uncles, cousins, and grandparents. I have tried to keep in contact with Ryan over the years, and visited with him whenever the opportunity presented itself. I have known Ryan since he was a small child. He was always a good kid, even though his later childhood family environment was a broken home. He could have easily become a troubled youth, but he didn't. He went on to serve his country in in the military and as a contractor, supporting combat operations in Afghanistan. Up until this criminal event, which caught me by surprise, Ryan has been a good person and good citizen.

I think locking Ryan away in the prison system for the rest of his adult life would be counterproductive. I am asking he be given the opportunity to be rehabilitated to become a productive member of society again. As I have done in the past, and am currently doing, I will remain in contact with Ryan and continue to offer positive influence, advice, and support after his release from any sentence of imprisonment. Thank you for your consideration.

Sincerely,

Jerome Jastrab

February 18, 2026

Dear Hon. Judge K. Michael Moore:

I am writing this letter about defendant Ryan Goldberg in the hope that you will take into consideration other aspects of his character and his background as you decide on an appropriate punishment for his illegal activity. After 20 years as an enforcement attorney at the U. S. Environmental Protection Agency, Region 4, in Atlanta, Georgia, (retired now), I do understand that breaking the law must have consequences. However, I hope you can exercise your discretion in sentencing in his favor.

Ryan's father, Michael, is my first cousin. I first met Ryan when he was in high school. His divorced dad, who had custody of Ryan, was participating in a Federal Law Enforcement Training Center program in Brunswick, Georgia and sent Ryan to live with his grandparents in Atlanta, where I live. Ryan hardly knew his grandparents (my aunt and uncle) and knew no one else in Atlanta. Since I had two sons near Ryan's age, he spent a lot of time in my house and with my sons.

Ryan was consistently well-behaved, appreciative, and thoughtful. He seemed to get along with everyone he met. Unfortunately, he had a very complicated, painful relationship with his absent mother, who he thought had abandoned him. Her infrequent calls upset him. I was very glad to learn that in later years they repaired their relationship.

When his dad finished the enforcement training, Ryan returned home with him to finish high school. I was not surprised that Ryan decided to join the military instead of going to college since his dad served the country for many years. The military provided a stable environment for Ryan and he seemed very proud of his decision. He sporadically communicated with us while he was in Iraq and remained in more frequent contact with my younger son, as well as with some good friends he made through my son. The last time I saw Ryan was at a party where friends and family celebrated his wedding. He seemed so happy with his marriage. I was really shocked to hear about Ryan's behavior and the crime he is charged with. As far as I know, he had never been in trouble before, legal or otherwise.

I have not talked with Ryan since his arrest but am hoping that he has fully cooperated with law enforcement, acknowledged the seriousness of his crime, and agreed to make full restitution to those harmed. Once he serves his sentence, he will have the opportunity to become a law-abiding, contributing member of society. Please consider his complicated childhood, service to the country, and previously clean record, as well as the nonviolent nature of his crimes, when you are deciding his punishment.

Respectfully,


Karen B. Singer

GA Bar #649035

Ksinger78@gmail.com

404.550.0502

Hon. Judge K. Michael Moore
400 N. Miami Ave.
Courtroom 13-1
Miami, FL 33128

February 27, 2026

Honorable Judge Moore,

I am writing this letter in support of Ryan Goldberg. I understand that this letter is not intended to argue his innocence, but rather to share with the court the character of the man I have come to know and why I believe he is worthy of a second chance.

I have known Ryan since 2019, when my close friend, Jochebed Cervantes, began dating him. As any responsible friend would, I was initially cautious and protective. However, as time passed and I got to know him personally, I came to understand why she thought so highly of him. I saw a veteran, an honorable and respectful man, and someone deeply committed to the people he loves. I had the honor of attending their wedding as part of the bridal party and meeting his family both from Germany and here in the United States. The love, respect, and unity I witnessed among his relatives and lifelong friends reassured me that my friend was marrying into a family that valued integrity and commitment.

As a mother, what has stood out most to me is the positive impact Ryan has had on my son, Adam, who was seven years old when we first met Ryan. At the time, Ryan worked in cybersecurity, and my son admired him greatly. I remember when Adam was about ten years old, he told me he wanted to pursue the same career path as Ryan when he grew up. I couldn't have been happier to see that my son noticed the hard work, intelligence, and professionalism it took to be in the area of work. I truly believed Ryan would be someone my son could continue to look up to as he grew.

During a very demanding period in my life while I was in nursing school, both Ryan and Jochebed supported me. They helped with my son when needed and provided a calm, encouraging presence when I felt overwhelmed. Their support and belief in me played a role in helping me become the nurse I am today. For that, I will always hold them close to my heart. Ryan has a strong support system in Athens, Georgia, and beyond. There are many people who care deeply for him, who believe in his ability to grow from this experience, and who are ready to support him as he moves forward in a positive direction. I am confident that he can learn from this chapter of his life and continue to be a contributing member of society, a devoted husband, and a positive role model.

Thank you for taking the time to read my letter and for considering my perspective.

Sincerely,

Angela Mazariegos
(706) 201-6485
angelasarango@yahoo.com
Watkinsville, GA

Honorable Judge K. Michael Moore
400 N. Miami Ave
Courtroom 13-1
Miami, FL 33128

Dear Honorable Judge Moore,

I am writing this letter in support of my cousin Ryan Goldberg and to share with you who we know him to be. I am aware of the charges to which Ryan has pleaded guilty, and I understand the seriousness of his actions. I do not excuse what he did. However, I want the Court to know that his actions were not motivated by greed, luxury, or an extravagant lifestyle. He did not steal money for cars or personal indulgence. His intent, though wrong and misguided, was to pay off debt and to try to create financial stability for his wife and future family god permitting.

He has accepted responsibility, and I believe his intentions reflect someone who was trying to fix problems the wrong way, not someone seeking personal gain.

While Ryan is the oldest cousin by at least ten years I've always looked at him as the older brother I never had. When he came back from the Iraq War he served as a positive impact on my life guiding me in relationships, giving me financial advice, encouraging hard work, and always leading by example. When anyone in our family needs help, Ryan shows up without hesitation even if it means taking a flight from wherever he may be. He cares deeply for his grandparents, parents, and cousins, and friends; you can count on him to show up.

Ryan served in the military, fighting for our country and its freedoms, which speaks to his commitment to something greater than himself. He believes in hard work, respect, and responsibility. While he is not perfect and he did make a serious mistake, that mistake does not define his character. I wholeheartedly believe Ryan deserves a shorter sentence and the opportunity to continue contributing to his family and community as the good man we know him to be.

The first thing I plan to do when Ryan gets out is supporting him financially to see his grandmother in Germany, who's still alive, and has had a profound impact on his life so he can give her a hug.

Respectfully,
Christopher Jastrab

**Christopher Jastrab**
Manager, Corporate Sales
JetBlue
27-01 Queens Plaza North
Long Island City NY  11101
T: (929) 225-0997

# Character Letter for Goldberg

## Sentencing Letter for Judge Moore

Faviola Ruiz

Athens, GA

03/03/2026

The Honorable Judge K. Michael Moore

400 N. Miami Ave

Courtroom 13-1

Miami, FL 33128

**Sentencing of Mr. Goldberg**

Dear Judge Moore,

My name is Faviola Ruiz. I have lived in Athens, Georgia for the past twenty years, and I work as a babysitter for the YMCA here in Athens. I am writing this letter in support of Mr. Goldberg, whom I have known for four years. I want to begin by saying that I am aware of the charges he has pleaded guilty to, and I am not writing to challenge those charges. My purpose is simply to share the positive qualities I have personally seen in him.

I became friends with Mr. Goldberg through his wife, Jochebed, whom I have known for ten years. Through our friendship, I had the opportunity to spend time with Mr. Goldberg and see the kind of person he is. He has always been a very respectful and hard-working man. He would often tell us about working long days, sometimes twelve hours or more, and even after those long shifts, he still made time to help Jochebed around the house. That level of dedication stood out to me.

Mr. Goldberg was also very kind to my young son. Every time we visited, my son was excited to see him, and Mr. Goldberg always found a way to make him feel welcome. Even though my son is only six, Mr. Goldberg would take the time to play with him, talk to him, and make him laugh. Those small moments meant a lot to my family.

I also know that he and Jochebed were active in their religion and would attend services together on the weekends. Their commitment to their faith and community was something they both took seriously, and it showed in the way they treated others.

If Mr. Goldberg is given the opportunity to return home after serving his sentence, I believe he has the support and the heart to rebuild his life in a positive way. I will continue to be a friend to him and to Jochebed, and I will support them however I can as they move forward.

Thank you for taking the time to read my letter and for considering my perspective.

Respectfully,

*Faviola Ruiz*

**Faviola Ruiz**

Hon. Judge K. Michael Moore,

My name is Adam Singer and I am writing to you regarding the upcoming sentencing of my cousin, Ryan Goldberg.

As others among his friends and family have likely shared, this situation came as a profound shock to all of us. Ryan experienced a difficult upbringing and did not benefit from the stability of a traditional household with consistently present, loving, and supportive parents.

During the time he lived with my parents and my younger brother, Richie, I had only positive interactions with him. Despite the challenges he faced early in life, he consistently maintained a positive outlook and did his best to move forward constructively. He has always expressed a deep love for our country and, despite the difficulties he experienced with his father, chose to serve in our armed forces.

To the best of my knowledge, Ryan has been a fundamentally good person and law-abiding citizen leading up to this unfortunate decision, which he has acknowledged and accepted responsibility for. As we all know, people make mistakes in life—some more serious than others. Ryan recognizes the gravity of his actions and the need to take responsibility, make amends, and rehabilitate himself.

Because this is a non-violent first offense, I respectfully ask that you consider the potential good he can still contribute over the course of his life. I believe he is committed to becoming a responsible, rule-abiding citizen who will positively impact those around him. While I understand that a period of incarceration may be deemed appropriate, I hope you will consider allowing him the opportunity to learn from this mistake, repay his debt to those he has wronged, and move forward without this single event defining the remainder of his life.

Thank you for your time and consideration.

Adam Singer

**Ingmar Eckert**



03/03/2026

**Hon. Judge K. Michael Moore**

**400 N. Miami Ave**

**Courtroom 13-1**

**Miami, FL 33128**

Dear Judge Moore,

I have known Mr. Goldberg since 2020. He has been a good friend who genuinely cares about the people around him and is someone I can always rely on. For example, he helped me move without hesitation or expectation of anything in return.

I have also seen how much he cares about his wife, their family, and their dog, which speaks to his sense of responsibility and loyalty. Mr. Goldberg has always been a very positive person, and it is clear how important it is to him that everyone around him is doing well. I had the chance to attend his wedding shower on May 14, 2022, and it was clear how much he cared for everyone present — making sure everyone felt included, happy, and safe — and showing how much he is liked and appreciated by those around him.

His thoughtfulness, optimism, and care for others have made a lasting impression on me and those around him. I am confident that he will continue to be a positive influence on the people in his life.

Thank you for considering this letter as part of your evaluation of Mr. Goldberg.

Sincerely,

Ingmar Eckert

Hon. Judge K. Michael Moore
400 N. Miami Avenue
Courtroom 13-1
Miami, FL 33128

Re: Ryan Clifford Goldberg

Dear Judge Moore,

My name is Jorge Mazariegos , and I am writing on behalf of Ryan Goldberg. I am aware that he has pleaded guilty to serious federal charges, and I understand the gravity of the situation before the Court. I do not write this letter to excuse his actions, but rather to share my honest experience of him as a person outside of this case.

Ryan is my wife's best friend's husband, and over the years I've had the opportunity to spend time with him and around our families. He was always someone who kept to himself at first, but once he opened up, he was genuinely enjoyable to be around. I especially appreciated listening to his stories and experiences from his time in the military. Those conversations left an impression on me. They reflected discipline, service, and pride in doing meaningful work.

When I learned of his involvement in this case, I was extremely shocked. I truly struggled to reconcile it with the person I had known. Ryan had always spoken highly of the cybersecurity work he was doing to help prevent the very type of crimes involved here. It has been difficult to process that he is not around anymore, not someone I can call to come over for a cookout or to simply spend time together as a family.

In my experience, Ryan's conduct in this case appears to reflect a serious lapse in judgment rather than the character of the man I have known. While I do not minimize the seriousness of what occurred, I do believe he has the capacity to learn from this and that he understands the consequences his actions have brought upon his family and friends. I do not believe he would ever put those closest to him through this kind of hardship again.

Ryan has people who care about him and who want to see him return as a better man. I hope the Court will consider that this offense, while serious, does not represent the entirety of who he is.

Thank you for your time and consideration.

Sincerely,
Jorge Mazariegos
███████████ ,
Watkinsville, GA 30677
(███████████

Honorable Judge K. Michael Moore

400 N. Miami Ave

Courtroom 13-1

Miami, FL 33128


Honorable Judge K. Michael Moore,

We are Krissel and Brandon Miller and we are writing to you because we wanted to share our thoughts, feelings, love and support towards our friend Ryan Goldberg. We've known him for about 5 years now and Jochebed Goldberg (his wife) and Krissel have been good friends since they went to high school together 17 years ago. We have been by Jochebed's side and witnessed as this tragedy has struck her life (and his) and are aware of the charges. We desire the best for both of them and to continue to be supportive of them during and after he is out, whether spiritually, emotionally, physically or financially.

Although we are supportive of him, our best efforts are absolutely nothing compared to the immense love and support of his wife Jochebed. We have witnessed this first hand repeatedly throughout all of this. He is lucky to have her and finds and will find great strength, support and love from her. Their love for each other has been absolutely crucial in helping them both cope with this (even though the separation is painful of course). He has major support with her by his side!

A little bit about us: I (Brandon) am a management consultant, app and report builder by trade. Kriss has worked previously some in the medical field and currently stays home with our 2 kids, Faith (7) and Benjamin (4) and both of us strive to be good parents, love God and are active in our church service every week and contribute to our church and community. We've lived in the Winder/Athens area for most of 15 years or so and enjoy the peaceful town.

Ryan, Jochebed, our mutual friend Esther and her husband Luis (and their 2 kids) and we would all get together at each other's houses every couple months and eat dinner together, play games, celebrate birthdays, watch movies and catch up on each other's lives. Ryan would share with us about his work, his hobbies like fishing, board games, flying flight simulators, etc. He's a good listener. We'd also discuss life and religion and have great conversations; he also came to a church event with us and discussed his feelings and experiences as he started going to church with his wife a couple years ago. We've always enjoyed his company and he has always been a great friend, kind, respectful, inviting and humble. His service and love to his wife is very apparent in his words, smiles, and actions towards her, such as cooking, buying flowers for her often,

never complaining or saying any unkind word, making home decorations out of wood, doing a heavy manual labor backyard fire pit area twice, because Jochebed had an idea for a different design, etc. With immense love, they planned to grow their family and even made meticulous preparations before this happened and still desire to do so when he is out, God permitting.

I do not doubt that he is now more committed than ever (he already was) to being the best husband and provider that he can be and that he learned this lesson which has been so painful to him and to his wife and friends.

We love him. We miss him and we look forward to being able to share time with him in person instead of just writing emails back and forth like right now.

Even from jail, in the space of just a few months, he's helped an older gentleman get the better care he needed, started an exercise group to help others take better care of their bodies and given me advice and cheered me up in the face of job uncertainty when he is the one that needed cheering up, all while asking how Kriss' mom's surgery went.

It's hard to convey a person's character in a brief letter, but we want you to know that in spite of what happened, this is truly a good man!

Thank you!

Sincerely,

Brandon & Krissel Miller

Dear Judge:

I am writing this letter on behalf of Ryan Goldberg, a family cousin, who will be sentenced in your courtroom in March.

When Ryan was in high school, his father, Michael, who had sole custody of him after a bitter divorce, was scheduled to attend a Federal Enforcement Training program in Brunswick, Georgia as he transitioned from military to civilian police service.  Michael brought Ryan to stay with his parents in Atlanta, Georgia where we also live. Michael is my wife's first cousin and his parents were my wife's aunt and uncle.

Since Ryan knew no one, he became friends with my two sons who are near Ryan's age.  Ryan spent a lot of time at our house.  I always enjoyed his company and never experienced any problems during the many hours he was with us.  He was fairly quiet and always courteous and appreciative.

Although many of his friends went on to college after high school, Ryan decided to join the military like his dad.  As you likely know, Ryan served in Iraq.  As a contractor he returned to the Middle East trouble spots twice.

The last time I saw him was at his local wedding celebration.  He seemed so happy, starting a new chapter in his life.

We were all very surprised when we heard about Ryan's illegal actions. It just does not seem like the guy that I knew.  I don't know what changed him but am hoping that you will consider his military service, prior good behavior and sincere remorse for his actions in mitigating his sentence.

Sincerely,

Phil Singer

Hon. Judge K. Michael Moore
400 N. Miami Ave
Courtroom 13-1
Miami, FL 33128

Judge Moore,

I hope this letter finds you well. I am writing to express my sincere gratitude for your time and careful consideration in the case of my dear friend Ryan C. Goldberg.

I have had the privilege of knowing Ryan for six years. While that may not seem like a lifetime, it has been more than enough time for me to witness the strength of his character and the admirable qualities he has. Over the years, Ryan has proven himself to be loyal, compassionate, and deeply committed. He has not only earned my friendship but also my respect.

Ryan has been present for many of the most meaningful milestones in my life. To include my wedding, my bachelor party, the purchase of my first home, my engagement, and countless other special moments. In each of those seasons, he showed up not just in attendance, but in full support, offering his generosity, encouragement, and sincere care. He is the kind of friend who celebrates your successes as if they were his own and stands firmly beside you during challenges.

Through our friendship, I have also come to better understand his admirable service to our country and the values instilled in him from his upbringing in Germany. His willingness to serve speaks to his sense of duty, discipline, and sacrifice — qualities that reflect honor and commitment to something greater than himself. Those traits are not temporary; they are foundational to who he is.

I understand that my words do not excuse Ryan's actions. However, I hope they provide a fuller picture of the man I know — a man of heart and loyalty . I truly believe that Ryan's actions surrounding this case was a simple lapse of judgement. I also believe that a second chance would not only benefit the lives of those who care deeply about him and have witnessed the good he brings to others but the world around him as well.

Thank you for your time, consideration, and service.

Respectfully,

Simon Guzman

Winder GA 30680

Dear Honorable Judge Moore,

My name is Vivian Muniz and I am writing in support of Mr. Ryan Goldberg. I am aware of the charges to which Mr. Goldberg has pleaded guilty, and I write this letter with full respect for the Court and the seriousness of this matter.

I am 33 years old and have lived in New York for the last five years. I am currently a Senior Product Developer for Maiden Home, a luxury furniture company based in New York.

Mr. Goldberg is my cousin-in-law, and I have known him for six and a half years. My husband and I consider Ryan and his wife, Jochebed, to be among our closest friends, beyond our family connection. From the moment we met him, it was clear how much light and happiness he brought into my cousin's life. Over the years, he has become an integral part of our family and support system. Ryan has always been kind, generous, and warm toward everyone in less than 5 minutes from knowing someone. Him and his wife, Jochebed, are my only family that visit me in New York, he makes every effort to spend time together and stay connected. He is the type of person who insists on picking up the check, not for recognition, but because he genuinely enjoys taking care of the people around him. His generosity is always sincere.

One moment that reflects his character occurred when my uncle passed away unexpectedly. With less than a day's notice, Ryan immediately helped pick up my mother at the airport alongside my cousin so she would not have to face that difficult time alone and he also offered to drive her around wherever she needed to go during that time. In both joyful and tragic moments, he has shown himself to be dependable and compassionate. My family trusts him completely.

Ryan's positive spirit and warmth have made a meaningful impact on my life and on our entire family. He brings people together, offers help without hesitation, and shows up when it matters most.

Upon his release, I will support him in any way I can. He is family to me, and both he and his wife, Jochebed, are deeply important to my husband and me. He will have a strong and stable support system

Thank you so much for your time and consideration.

Sincerely,

Vivian Muniz