UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20443-CR-MOORE

UNITED STATES OF AMERICA

v.

RYAN CLIFFORD GOLDBERG and
KEVIN TYLER MARTIN,

       **Defendants.**

                            /

### SUPPLEMENT TO SENTENCING MEMORANDUM

The United States of America hereby files victim impact statements for Victim 1 and

Victim 5 in advance of the Defendants' sentencing on April 30, 2026.

                       JASON A. REDING QUINOÑES
                       UNITED STATES ATTORNEY

BY:    _/s/ Jorge Gonzalez_            BY:    _/s/ Thomas Haggerty_
       Jorge Gonzalez                    Thomas Haggerty
       Christen Gallagher             Assistant United States Attorney
       Trial Attorneys                  Fla. Bar. No. 46136
       1301 New York Avenue, NW      99 N.E. 4th Street
       Washington, D.C. 20005          Miami, Florida 33132
       Email: Jorge.Gonzalez@usdoj.gov   Email: Thomas.Haggerty@usdoj.gov
       Email: Christen.Gallagher@usdoj.gov

CERTIFICATE OF SERVICE

1

I HEREBY CERTIFY that on April 29, 2026, the undersigned electronically filed the foregoing

document with the Clerk of the Court using CM/ECF.


*/s/Thomas Haggerty*
Thomas Haggerty
Assistant United States Attorney

2