**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 25-CR-20443-KMM

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

KEVIN MARTIN,

       Defendant.

_____/

## <u>NOTICE OF STRIKING INCORRECT SIGNATURE BLOCK</u>

Defendant Kevin Martin, by and through undersigned counsel, hereby gives notice of striking Docket Entry 111, Defendant Kevin Martin's Waiver of Presence at Restitution Hearing, pursuant to the Clerk's Notice of Signature Block Violation dated May 28, 2026.

The signature block on Docket Entry 111 inadvertently identified Tor Ekeland as the filing attorney. The attorney who filed the document via CM/ECF login is William Aaron Daniel. This filing is being stricken and will be refiled with a corrected signature block identifying William Aaron Daniel as counsel of record in conformance with Section 3J(1) of the CM/ECF Administrative Procedures and Local Rule 5.1(b).

5/28/2026
Date

/s/ Aaron Daniel

Aaron Daniel, Esq.

Asymmetrical Legal

Attorneys for Defendant-Appellant

11900 Biscayne Blvd, Suite 400

Miami, Florida 3318

t (305) 979-9296

aaron@asymmetric.legal

*Counsel for Defendant Kevin Martin*

5/28/2026
Date

/s/ Tor Ekeland

Tor Ekeland (NYS Bar No. 4493631)

Tor Ekeland Law, PLLC

30 Wall Street, 8th Floor

New York, NY

t (718) 737 – 7264

tor@torekeland.com

*Counsel for Defendant Kevin Martin*