# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 25-CR-20443-KMM

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

KEVIN MARTIN,

      Defendant.

_____/

## <u>WAIVER OF PRESENCE AT RESTITUTION HEARING</u>

      I, Kevin Martin having consulted with my attorney, hereby waive my presence at the restitution hearing currently scheduled for July 9, 2026. I have consulted with my attorney about my right to be physically present for the restitution hearing and freely, knowingly, and voluntarily, waive that right.

5/28/2026
_____

Date

Signed by:

*Colette Ballinger*

9324313926A6492...
_____

Colette Ballinger

*POA for Defendant Kevin Martin*

5/28/2026

Date

/s/ Aaron Daniel

Aaron Daniel, Esq.
Asymmetrical Legal
Attorneys for Defendant-Appellant
11900 Biscayne Blvd, Suite 400
Miami, Florida 3318
t (305) 979-9296
aaron@asymmetric.legal

*Counsel for Defendant Kevin Martin*

5/28/2026

Date

/s/ Tor Ekeland

Tor Ekeland (NYS Bar No. 4493631)
Tor Ekeland Law, PLLC
30 Wall Street, 8th Floor
New York, NY
t (718) 737 – 7264
tor@torekeland.com

*Counsel for Defendant Kevin Martin*